# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

| | | | |
|---|---|---|---|
| RALPH BYRD COOPER, JR., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 2:21-CV-134-TRM-CRW |
| | ) | | |
| TENNESSEE DEPARTMENT OF | ) | | |
| CORRECTIONS, ET AL., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons expressed in the accompanying Memorandum and Order filed today, it is

**ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action is **DISMISSED**

without prejudice.

Because the Court **CERTIFIED** that any appeal taken from this decision would not be

taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent

appeal. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
/s/ *LeAnna R. Wilson*
CLERK OF COURT

2